UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| Jermaine Hall | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Michael J. Astrue, | ) | No. 2:11-CV-22-D |
| Commissioner of Social Security, | ) | |
|        Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's objections to the Memorandum and Recommendations are OVERRULED, and the court adopts the Memorandum and Recommendations. Accordingly, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, and defendant's final decision is AFFIRMED. The clerk shall close the case.

**This judgment filed and entered on August 28, 2012, and served on:**

Lawrence Wittenberg  (Via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley  (Via CM/ECF Notice of Electronic Filing)

August 28, 2012                             /s/ Julie A. Richards,
                                                            Clerk of Court